**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANGEL MARTINEZ, et al.,

    Plaintiffs,

v.	Case No: 8:12-cv-772-T-30TGW

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.
_____

**ORDER**

THIS CAUSE comes before the Court upon the Plaintiff's Unopposed Motion to Stay Pending Completion of Neutral Evaluation (Dkt. #22). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Unopposed Motion to Stay Pending Completion of Neutral Evaluation (Dkt. #22) is GRANTED.

2. This case is STAYED pending completion of the neutral evaluation.

3. The parties are directed to promptly file a Status Report upon completion of the neutral evaluation.

4. The Clerk is directed to administratively CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of August, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2012\12-cv-772 stay 22.docx